# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Nichon Roberson,<br><br>    Plaintiff,<br>v.<br><br>Rentdebt Automated Collections, LLC; and Experian Information Solutions, Inc.,<br><br>    Defendants. | Case No. 1:20-cv-04281-TWT-LTW |

## DEFENDANT, RENTDEBT AUTOMATED COLLECTIONS, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 3.3, N.D. Ga., Defendant RentDebt Automated Collections, LLC ("RDAC"), states:

1. The undersigned counsel of record for RDAC certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of its stock:

**Plaintiff:** Nichon Robinson

**Defendant:** Experian Information Solutions, Inc.

**Defendant RDAC:** RentDebt Automated Collections, LLC. In accordance with Federal Rule of Civil Procedure 7.1, Defendant RDAC states that it is a wholly owned subsidiary of Automated Collection Services, Inc.

1

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    **None.**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. **Plaintiff**: Neshon Roberson: Shimshon Wexler, Esq., S Wexler LLC and Justin M. Baxter, Esq., Baxter & Baxter, LLP (pro hac vice admission being applied for)

    b. **Defendant**: RentDebt Automated Collections, Inc.: Montoya M. Ho-Sang, Esq. of Gordon, Rees, Scully, & Mansukhani, LLC.

Other than those listed above, RDAC is unaware of any other persons serving as attorneys for the parties in this proceeding.

Respectfully submitted this 10th day of November, 2020.

    Respectfully submitted,

    **GORDON REES SCULLY MANSUKHANI, LLP**

    */s/ Montoya M. Ho-Sang*
    Montoya M. Ho-Sang, Esq.
    Georgia Bar No. 572105

             55 Ivan Allen Jr. Blvd. N.W., Suite 750
             Atlanta, GA 30308
             (404) 978-7317 Telephone
             (678) 389-8475 Facsimile
             mhosang@grsm.com

             *Attorneys for Defendant*
             *RentDebt Automated Collections, LLC*

## FONT CERTIFICATION

The undersigned further certifies that this document has been prepared in accordance with the formatting requirements designated in Local Rule 5.1.

This 10th day of November, 2020.

> **GORDON REES SCULLY**
> **MANSUKHANI, LLP**
>
> _/s/ Montoya M. Ho-Sang_
> Montoya M. Ho-Sang
> Georgia Ba No. 572105
> 55 Ivan Allen Jr. Blvd., N.W., Suite 750
> Atlanta, Georgia 30308
> Telephone: (404) 978-7317
> Facsimile: (678) 389-8475
> mhosang@grsm.com
>
> *Attorneys for Defendant*
> *RentDebt Automated Collections, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, I served a copy of the foregoing upon all parties to this matter by electronically filing the same with the CM/ECF electronic filing system, which will cause a copy to be electronically served on all counsel of record.

Shimshon Wexler
*swexleresq@gmail.com*

Justin M. Baxter (admission to be applied for)
*justin@baxterlaw.com*

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Montoya M. Ho-Sang*
*COUNSEL*