UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **NICHON ROBERSON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:20-cv-04281-TWT-LTW |
| **RENTDEBT AUTOMATED COLLECTIONS, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) ) ) ) ) | |
| | ) | |
| **Defendants.** | | |

### EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.3 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff Nichon Roberson;

Defendant Rentdebt Automated Collections, LLC; and

Defendant Experian Information Solutions, Inc. The ultimate parent company of Experian Information Solutions, Inc. is Experian plc. Experian plc owns one hundred percent (100%) of Experian Information Solutions, Inc.

Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

2. **The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

(a) Central Source LLC

(b) Online Data Exchange LLC

(c) New Management Services LLC

(d) VantageScore Solutions LLC

(e) Opt-Out Services LLC

3. **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Michael I. Krause and the law firm of JONES DAY, Attorney for Experian Information Solutions, Inc.; and

- 3 -

Shimshon Wexler of S Wexler, LLC and Justin M. Baxter of Baxter & Baxter, LLP, Attorneys for Plaintiff.

Dated:  November 11, 2020         Respectfully submitted,

*/s/ Michael I. Krause*
Michael I. Krause, Esq.
GA Bar No. 429286
JONES DAY
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309-3053
Telephone: 404.581.8903
E-Mail: mikrause@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on November 11, 2020, I have caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Michael I. Krause*
Michael I. Krause

*An Attorney for Defendant Experian Information Solutions, Inc.*