UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
-----------------------------------------------------X
Nichon Roberson                                      Case No. 1:20-cv-04281-TWT-LTW
                            Plaintiff,

v.

Rentdebt Automated Collections, LLC; and
Experian Information Solutions, Inc.

                            Defendants.
-----------------------------------------------------X

**Plaintiff's Unopposed Motion for a 30-Day Extension of time for the parties to complete- 1) The Fed. R. Civ. P. 26(f) Conference; 2) Their Initial Disclosures; and 3) The Joint Preliminary Report and Discovery Plan**

    Plaintiff, Nichon Roberson, requests that this Court grant an extension of time for the parties to complete the Rule 26(f) conference, their initial disclosures and the joint preliminary report and discovery plan. As grounds for this motion, Plaintiff states that Defendants have been informally exchanging information with her. With this information, Plaintiff can better evaluate her claims and there is a possibility that her claims can be resolved as to one or both Defendants without further litigation saving the parties and the Court time. However, Plaintiff needs additional time to gather and evaluate the information.

    I have spoken with counsel for Experian Information Solutions, Inc. yesterday and he indicated that he has no objection and that he would consent to the

extension of time being requested in this motion. After speaking with counsel for RentDebt Automated Collections, LLC and requesting his position on this motion, he emailed me "We have no objection to the extension."

WHEREFORE, plaintiff requests that the Court grant a 30-day extension of time for the Parties to conduct their Rule 26(f) conference, provide their initial disclosures and provide the Joint Preliminary Report.

Dated this 24th day of November 2020.

                        Respectfully submitted,

                        By: /s/ Shimshon Wexler
                        GA Bar No. 436163
                        S Wexler LLC
                        1118 Empire Rd
                        Atlanta, GA 30345
                        (212) 760-2400
                        (917) 512-6132 (FAX)
                        swexleresq@gmail.com

## **CERTIFICATE OF SERVICE, FONT AND MARGINS**

I hereby certify that the above was filed via the CM/ECF on November 24, 2020.

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

/s Shimshon Wexler