IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **NICHON ROBERSON**,<br><br>                    Plaintiff,<br>   vs.<br><br>**RENTDEBT AUTOMATED COLLECTIONS, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.**,<br><br>                    Defendants. | **Civil Action No.**<br>**1:20-cv-04281-TWT-LTW** |

**RULE 5.4 CERTIFICATE OF SERVICE**

This is to certify that on this day, I served the Initial Disclosures on behalf of Defendant Rentdebt Automated Collections, LLC, via email, to the following counsel:

Email: swexleresq@gmail.com
Shimshon Wexler
S Wexler, LLC
1118 Empire Rd., NE
Atlanta, GA 30329

mikrause@jonesday.com
Michael I. Krause
JONES DAY
1420 Peachtree St., NE
Suite 800
Atlanta, GA 30309-3053

Email: justin@baxterlaw.com
Justin M. Baxter
Baxter & Baxter, LLP
Suite 130
8835 SW Canyon Lane
Portland, OR 97225

This 18th day of December, 2020.

1

**GORDON REES SCULLY MANSUKHANI, LLP**

 */s/ Montoya M. Ho-Sang*
Montoya M. Ho-Sang
Georgia Bar No. 572105
55 Ivan Allen Jr. Blvd. N.W., Suite 750
Atlanta, GA 30308
(404) 978-7317 Telephone
(678) 389-8475 Facsimile
mhosang@grsm.com

*Attorneys for Defendant*
*RentDebt Automated Collections, LLC*