**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| NICHON ROBERSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br><br>RENTDEBT AUTOMATED COLLECTIONS, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br><br>　　　　　　Defendants. | Civil Action No.<br>1:20-cv-04281-TWT-LTW |

**NOTICE OF SUBSTITUTION OF COUNSEL**

COMES NOW Defendant RentDebt Automated Collections, LLC, ("RDAC") and respectfully request that Leslie K. Eason of Gordon Rees Scully Mansukhani be substituted as counsel for Montoya M. Ho-Sang in this case. Substitute counsel's contact information is as follows:

Leslie K. Eason
Gordon Rees Scully Mansukhani
55 Ivan Allen Jr. Blvd., NW, Suite 750
Atlanta, GA 30308

All further pleadings, order, and notices should be sent to substitute counsel.

Respectfully submitted, this 9th day of February, 2021.

                                          **GORDON REES SCULLY MANSUKHANI, LLP**

                                          */s/ Leslie K. Eason*
                                          Leslie K. Eason
                                          Georgia Bar No. 100186
                                          55 Ivan Allen Jr. Blvd., NW, Suite 750
                                          Atlanta, GA 30308
                                          404-978-7317
                                          678-389-8475 (Facsimile)
                                          leason@grsm.com

                                          Counsel for Defendant Rent Debt Automated Collections, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of February, 2021, electronically filed the foregoing **Notice of Substitution of Counsel** via the CM/ECF electronic filing system, which will cause a copy to be electronically served on all counsel of record.

                                          **GORDON REES SCULLY MANSUKHANI, LLP**

                                          */s/ Leslie K. Eason*
                                          Counsel