**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT FOR GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| NICHON ROBERSON, | |
| Plaintiff, | Civil Action No. |
| vs. | 1:20-cv-04281-TWT-LTW |
| RENTDEBT AUTOMATED COLLECTIONS, LLC and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

**ORDER**

The foregoing Motion to Withdraw as Counsel having been filed, and after due consideration by this Court, IT IS HEREBY ORDERED that the request to withdraw Montoya M. Ho-Sang as Counsel from any further representation of the Defendant in the above-captioned matter is hereby GRANTED.

SO ORDERED this __8th__ day of March, 2021.

s/ Thomas W. Thrash, Jr.
_____
JUDGE THOMAS W. THRASH JR
United States District Court, Northern District of Georgia